JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD EDLIN, INC., a California corporation, doing business as EDLIN SOFTWALL SYSTEMS; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. CV 12-4003 MWF(MRWx)<br><br>**JUDGMENT** |

    This case came for hearing on October 3, 2012 before the Honorable Michael W. Fitzgerald, United States District Court Judge.

    It appearing that Defendant, RICHARD EDLIN, INC., a California corporation, doing business as EDLIN SOFTWALL SYSTEMS, having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS SOUTHWEST ADMRINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and

after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against RICHARD EDLIN, INC., a California corporation, doing business as EDLIN SOFTWALL SYSTEMS as follows:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $35,638.69 |
| 2 | Interest on the unpaid contributions from due date to billing date (7 percent per annum) | 6,755.47 |
| 4. | Interest from billing date to October 1, 2012 (scheduled hearing date) (7 percent per annum) | 3,947.74 |
| 5. | Double interest | 10,703.21 |
| 3. | Audit costs | 2,271.00 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | 3,279.91 |
| GRAND TOTAL | | $62,596.02 |

DATED: October 4, 2012

_____
MICHAEL W. FITZGERALD
United States District Judge